IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

PERRY L. FLOWERS,            *

    Plaintiff,          *

vs.                          *
                                  CASE NO. 3:10-CV-04 (CDL)
MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                             *

    Defendant
                             *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 3, 2011, is hereby approved, adopted, and made the Order of the Court.

After a thorough review, the objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 24th day of January, 2011.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE