IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PERRY FLOWERS, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:10-CV-04 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 12, 2012. Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Report and Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 3rd day of October, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE